# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ELIZABETH ALLISON SWEATT<br>*Defendant* | Case No. 3:13-MJ-71230-MAG-1<br><br>Charging District: N. Dist of W VI (Elkins)<br><br>Charging District's Case No. 2:13-cr-32-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Jennings Randolph Federal Center<br>300 Third Street, Suite 227<br>Elkins, WV 26241 | Courtroom No.: Duty Mag. Judge - TBD<br>Date and Time: 10/18/13 Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Oct 4, 2013

*Judge's signature*

Joseph C. Spero, U.S. Magistrate Judge
*Printed name and title*

FILED

OCT X 4 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA